# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MCKENZIE,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC. a Delaware Corporation; EBONY STOREY, an individual, and DOES 1 through 100, inclusive,<br><br>Defendant(s). | CASE NO.: CV 16-5148-GW(AJWx)<br><br>**ORDER RE STIPULATION TO REMAND MATTER TO STATE COURT**<br><br>Courtroom: 10<br>District Judge: George H. Wu<br>Magistrate Judge: Andrew J. Wistrich<br>Complaint Filed: 05/26/2016<br>Trial Date: |

Upon consideration of Plaintiff GREGORY MCKENZIE and Defendant WAL-MART STORES, INC.'s Stipulation to Remand Matter to State Court, and good cause showing,

IT IS HEREBY ORDERED THAT:

1. Effective immediately, the matter herein shall be removed to the Superior Court of State of California, County of Los Angeles.

2. Plaintiff shall waive the right to costs incurred to bring forth the Motion to Remand in exchange for the Parties' stipulation to remand to State Court.

///

3. After the matter is remanded to State Court, Plaintiff shall amend the Complaint in State Court and add Rose Santiago as a Defendant.

Dated: August 31, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE